LOCAL BANKRUPTCY FORM NO. 6

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 05-15253-WWB |
| Oren E. McClellandand | : | |
| Palma M. McClelland, | : | Chapter 7 |
| Debtor(s) | : | |

AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

         Voluntary Petition *Specify reason for amendment:*
         Official Form 6 Schedules (Itemization of Changes Must Be Specified)
         Summary of Schedules
__X__ Schedule A – Real Property
         Schedule B – Personal Property
         Schedule C – Property Claimed as Exempt
         Schedule D – Creditors holding Secured Claims }
            Check One:
                 _____ Creditor(s) Added
                 _____ NO creditor(s) Added
                 _____ Creditor(s) Deleted
         Schedule E – Creditors Holding Unsecured Priority Claims
            Check One:
                 _____ Creditor(s) Added
                 _____ NO creditor(s) Added
                 _____ Creditor(s) Deleted
         Schedule F – Creditors Holding Unsecured Nonpriority Claims
            Check One:
                 _____ Creditor(s) Added
                 _____ NO creditor(s) Added
                 _____ Creditor(s) Deleted
__X__ Schedule G – Executory Contracts and Unexpired Leases
            Check One:
                 __X__ Creditor(s) Added
                 _____ NO creditor(s) Added
                 _____ Creditor(s) Deleted
         Schedule H – Codebtors
         Schedule I – Current Income of Individual Debtor(s)
         Schedule J – Current Expenditures of Individual Debtor(s)
         Statement of Financial Affairs
         Chapter 7 Individual Debtor's Statement of Intention
         Chapter 11 List of Equity Security Holders
         Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
         Disclosure of Compensation of Attorney for Debtor
         Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Fed.R.Bankr.P.1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: August 29, 2006                                              /s/ Jason J. Mazzei, Esquire
                                                                            Jason J. Mazzei, Esquire
                                                                            Mazzei & Associates
                                                                            Professional Office Building
                                                                            432 Bvld. Of the Allies
                                                                            Pittsburgh, PA 15219
                                                                            (412) 765-3606
                                                                            P.A. Id. No. 83775

In re    **Oren E. McClelland,**                                                                          Case No.   **05-15253**
        **Palma M. McClelland**
_____,
                                              Debtors
# SCHEDULE A. REAL PROPERTY - AMENDED

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor's Residence**<br>**Location: 602 East 6th Street, Erie PA** | **Fee Simple** | **J** | **59,000.00** | **66,725.00** |
| **Large lot of land in Anchorage Alaska with a structure on such.**<br>**Property is free and clear of liens according to Debtor.**<br>**Currently client holds a mortgage on this property with Curtis Freeman being the mortgagee.**<br>**First National Bank of Anchorage Alaska is the servicer of the account. Curtis Freeman is to pay First National Bank of Anchorage Alaska, then First National Bank is to forward those proceeds to Debtor. Recently, the payments to Debtor Husband have been "sporadic", at best.**<br>**Debtor can not give realistic value on property as he has no idea as to the values of property at this point in time.**<br>**Debtor is surrendering this property to the Bankrutpcy Estate.** | **Equitable interest** | **H** | **Unknown** | **0.00** |

                                                  Sub-Total >    **59,000.00**    (Total of this page)

                                                  Total >    **59,000.00**

**0**   continuation sheets attached to the Schedule of Real Property                    (Report also on Summary of Schedules)

In re **Oren E. McClelland,**            Case No. **05-15253**
     **Palma M. McClelland**
_____,
                                       Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Curtis Freeman**<br>**Box 142448**<br>**Anchorage, AK 99514** | **Debtor is the mortgage holder on a parcel of land in anchorage Alaska.** |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy